```
1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8937
      Facsimile: (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DANA D. INGRAM, ) | CIVIL NO. 2:08-CV-02829 GGH |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time up to and including December 30, 2009, to answer Plaintiff's complaint. Defendant needs the extension because of a delay in generating transcripts for this district due to the fact that another case for Plaintiff was filed and dismissed in the Northern District of California (Case No. 08-5315 WHA). The undersigned counsel for the Commissioner was reassigned this case due to the medical absence of the Commissioner's original counsel and did not become aware of the transcript problem until November 14, 2009. Counsel did not intend to unnecessarily delay these proceedings. Unfortunately, she cannot immediately remedy the problem as she will be out of the office from November 16 through December 2, 2009.

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                          Respectfully submitted,

Dated: November 14, 2009        /s/ *Bess Brewer*
                                        (As authorized via email)
                                          BESS BREWER
                                          Attorney for Plaintiff

Dated: November 14, 2009        LAWRENCE G. BROWN
                                          United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          /s/ *Elizabeth Firer*
                                          ELIZABETH FIRER
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: <u>November 19, 2009</u>

                                          /s/ Gregory G. Hollows
                                          _____
                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

ingram.eot