IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA D. INGRAM,

       Plaintiff,              No. CIV S-08-2829 GGH

   vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendants.         ORDER TO SHOW CAUSE

_____/

        On December 10, 2008, a scheduling order was filed in this case.  Pursuant to this order, plaintiff was to file a motion for summary judgment and/or remand within 45 days after being served with the administrative record.  On December 16, 2009, the administrative record was filed.  Pursuant to stipulation of the parties, an extension of time to file the summary judgment motion was granted until March 26, 2010.  That order directed that no further extensions would be granted.  On March 29, 2010, plaintiff requested an additional extension of time until April 19, 2010, to file a summary judgment motion.  To date, no motion has been filed.

        THEREFORE, IT IS HEREBY ORDERED that plaintiff show cause within 21 days why the complaint should not be stricken in this case.

DATED: May 27, 2010          /s/ Gregory G. Hollows
                            _____
                            UNITED STATES MAGISTRATE JUDGE

GGH:035 - ingram.dism