BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8931
Fax: (415) 744-0134

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA S. INGRAM, | Case No. 2:08-CV-02829-GGH |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **FIRST** extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment [Docket No. 23]. The extension will provide the Commissioner additional time to consider the possibility of settlement of the case. The current due date was July 23, 2010. The new due date will be August 23, 2010.

1  The parties further stipulate that the Court's Scheduling
2  Order shall be modified accordingly.

4  DATE:   7/21/10            /s/ Bess M. Brewer(as authorized by
                              e-mail dated July 21, 2010)
5                             BESS M. BREWER
                              Attorney at Law
6
                              Attorney for Plaintiff

8  DATE:   7/21/10            BENJAMIN B. WAGNER
                              United States Attorney
9                             LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
10
                         By:  /s/ Leo R. Montenegro
11                            LEO R. MONTENEGRO
                              Special Assistant U.S. Attorney
12
                              Attorneys for Defendant

16                            ORDER

     APPROVED AND SO ORDERED.

19 DATED: July 29, 2010           /s/ Gregory G. Hollows
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

ingram.eot3