BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8930
Fax: (415) 744-0134

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA S. INGRAM, | ) Case No. 2:08-CV-02829-GGH |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **SECOND** extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment [Docket No. 23]. The extension will provide the Commissioner additional time to file and serve a supplemental transcript. The current due date is August 23, 2010. The new due date will be September 22, 2010.

//

//

//

Stip & Proposed Order Re Ext of Def.'s Time, 2:08-CV-02829-GGH        Page 1

1  The parties further stipulate that the Court's Scheduling
2  Order shall be modified accordingly.
3
4  DATE:  8/20/10            */s/ Bess M. Brewer(as authorized by
                              e-mail dated August 19, 2010)*
5                            BESS M. BREWER
                             Attorney at Law
6
                             Attorney for Plaintiff
7
8  DATE:  8/20/10            BENJAMIN B. WAGNER
                             United States Attorney
9                            LUCILLE GONZALES MEIS
                             Regional Chief Counsel, Region IX
10
                       By:   */s/ Donna W. Anderson*
11                           DONNA W. ANDERSON
                             Special Assistant U.S. Attorney
12
                             Attorneys for Defendant
13
14
15
16                           ORDER
17
    APPROVED AND SO ORDERED. No further extensions.
18
19 DATED: August 24, 2010    /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE
20
21
22
23
   ingram.eot4
24
25
26
27
28

Stip & Proposed Order Re Ext of Def.'s Time, 2:08-CV-02829-GGH         Page 2